**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| MICHAEL LYNCH, and <br> JENNIE LYNCH, <br> <br> Plaintiffs, <br> <br> v. <br> <br> CARGILL MEAT SOLUTIONS, INC., <br> a foreign corporation, <br> <br> Defendant. <br> _____ | Case No. 8:13-cv-02270-T-17TGW <br> <br> **NOTICE OF VOLUNTARY DISMISSAL** <br> **WITH PREJUDICE PURSUANT TO** <br> **RULE 41** |

The Plaintiffs, MICHAEL LYNCH and JENNIE LYNCH, by and through their undersigned attorneys, hereby voluntarily dismiss the above-styled action with prejudice pursuant to *Fed. R. Civ. Pro.* 41(a).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 6, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                                   FROST VAN DEN BOOM
                                                    & SMITH, P.A.

                                    By:   s/Peter W. van den Boom
                                             Peter W. van den Boom
                                             Florida Bar No. 143601
                                             Post Office Box 2188
                                             Bartow, FL   33831-2188
                                             Telephone:   (863) 533-0314
                                             pwboom@aol.com
                                             wcarter@fvslaw.com
                                             ATTORNEYS FOR PLAINTIFFS